UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YORDANO BONACHEA, (02),<br><br>Defendant. | No.   2:15-CR-0133-SMJ-2<br><br>**ORDER** |

Before the Court, without oral argument, is the United States Attorney's Office's (USAO) Unopposed Motion for Discovery Protective Order, ECF No. 35. Citing Federal Rule of Criminal Procedure 16(d)(1), the USAO asks the Court to enter an unopposed protective order.  The Court grants the motion.

//

//

//

//

//

//

//

ORDER **-** 1

Accordingly, **IT IS HEREBY ORDERED**: USAO's Unopposed Motion for Discovery Protective Order, **ECF No. 35**, is **GRANTED.** The Court enters the proposed protective order at **ECF No. 35-1**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 21st day of December 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge